# Exhibit A

# Lease Contract Addendum for Units Participating in Government Regulated Affordable Housing Programs



1. **DWELLING UNIT DESCRIPTION.** Unit No. __103__, __9227 SW 41 ST #103__ (street address) in __Miramar__ (city), Florida, __33025__ (zip code).

2. **LEASE CONTRACT DESCRIPTION.**
   Lease Contract date: __September 26, 2017__
   Owner's name: __Sorrento at Miramar__

   Residents (list all residents): __Tiesha Davis__

3. **ELIGIBILITY FOR PARTICIPATION IN AFFORDABLE HOUSING PROGRAM.** You have applied for and intend to live in a dwelling that is subject to the laws and regulations pertaining to the Low Income Housing Tax Credit (LIHTC), HOME Program, Section 8 Housing Choice Voucher, Rural Development, Affordable Workforce Housing, Tax-Exempt Bond financing, or other state or federal affordable housing programs. The eligibility, qualifications, and participation requirements of each program vary significantly. Your eligibility and occupancy in such housing is dependent upon strict compliance with the specific income eligibility and other requirements of each program.

4. **ACCURACY OF INFORMATION REQUIRED.** Any false, fraudulent, inaccurate, omitted, or misleading information provided during either the initial certification process or during the annual renewal or recertification process is a material violation of the lease and conditions of occupancy and participation in the applicable affordable housing program. A material violation of the terms of this addendum, the Tenant Income Certification forms, the rental application, any of the verification documentation required for qualifying for eligibility, the lease, the community rules, or any other applicable addendum is a ground for immediate termination of resident's lease, right of occupancy, or participation in the affordable housing program at this dwelling community. All applicants, residents, and household occupants must fully, accurately, and truthfully disclose the names and ages of all household members, student status, combined total household income, and all combined household assets. Resident understands and agrees that if the combined family household income exceeds the income limit restrictions imposed under the applicable affordable housing program that the application must be denied, that the lease or right of occupancy must be terminated, that the resident must relocate to another dwelling which may be subject to increased market rate or non-LIHTC rent, and/or that the resident must cooperate in correcting mistakes or signing any requested documentation that management deems reasonable or necessary for continued compliance with the laws and regulations applicable to the particular affordable housing program. Resident acknowledges and agrees that the rental application and any information supplied to the owner or any representations made to induce owner to lease a dwelling for occupancy under an LIHTC or affordable housing program are incorporated herein as a substantial and material part of this addendum and the Lease Contract.

5. **FUTURE REQUEST FOR INFORMATION.** By signing this addendum, you agree the annual income and other eligibility requirements for participation in this government regulated affordable housing program are substantial and material obligations under the Lease Contract. Within seven (7) days after our request for information regarding annual income and eligibility you shall comply with the request even if you have previously supplied such information recently or within the previous twelve months. Such requests for information or additional verification, reverification, and/or compliance information may be made by owner or owner's management representatives at any time during the Lease Contract term or renewal period.

6. **INACCURATE INFORMATION AS GROUNDS FOR EVICTION.** If you refuse to answer or if you do not provide accurate information in response to requests for additional information, it will be considered a substantial and material violation of the Lease Contract. Such a violation may result in termination of the lease, the right of occupancy, or your eligibility to participate in the affordable housing program.

7. **NO LIEN FOR UNPAID SUMS UNLESS AUTHORIZED BY LAW.**
   Unless otherwise expressly provided by law, we will not have a lien

   addendum. Your failure to disclose any such change in student status is a material violation of the lease. Such a violation may result in termination of the lease, the right of occupancy, and/or your eligibility to participate in the affordable housing program. You may be required to relocate to another dwelling in the same or a different building, and the owner may increase the rent to market rate rent.

8. **NO LEASE TERM SHORTER THAN SIX MONTHS.** The minimum lease term for occupancy under an LIHTC program or this addendum is six (6) months. Anything to the contrary in the Lease or any other addendum to the Lease which provides for a lease term *shorter* than six months is superceded by this addendum and this addendum shall amend the shorter lease term to a minimum lease term of six (6) months from the starting date of the lease term as stated in the Lease. Anything to the contrary in the Lease or any other addendum to the Lease which allows or affords the resident the option of an *early lease termination* are superceded by this addendum and this addendum shall amend such provision so that the resident shall *not* have the right to terminate the lease prior to the expiration of six (6) months from the starting date of the lease term stated in the Lease. If there is an early termination provision in the lease, Resident may give an early termination notice to owner prior to the expiration of six months from the start of the lease term; however, the actual effective termination date of the lease must occur *after* the end of the sixth month of the lease. The dwelling shall not be used for transient purposes, and resident must occupy the leased premises for the first six months of the lease.

10. **SECTION 8 OR HOUSING CHOICE VOUCHER PROGRAM.** Even though you may be a participant in the Section 8 federal housing program or the holder of a voucher or certificate of eligibility in that federal program, participation in that program *does* not automatically qualify you for occupancy of a LIHTC or other affordable housing program. The maximum eligible income limits for LIHTC may be lower than those of the Section 8 Housing Choice Voucher Program and may result in disqualification for housing at this dwelling community, depending on the nature of the applicable affordable housing program. You understand that, if you are a participant in the Section 8 Housing Choice Voucher program, your occupancy must be approved by the Public Housing Authority under a Housing Assistance Program agreement and that the terms and conditions applicable to the Section 8 Housing Choice Voucher Program may be different from or in addition to those under the applicable affordable housing program for this dwelling community.

    Owner shall have the right to terminate the lease or right of occupancy of any Section 8 Housing Choice Voucher resident for serious or repeated violation of material terms of the lease or any material non-compliance or other good cause as provided the U.S. Department of Housing and Urban Development (HUD) in its Public Housing Occupancy Guidebook and pursuant to 24 CFR 966.4. A serious or material violation or breach of the Lease Contract and this addendum includes, but is not limited to, failure to make rent payments due under the lease; failure to fulfill household obligations as described in 24 CFR 966.4(f); conviction of drug-related activity for manufacture or production of illegal drugs; violation of the applicable standard of alcohol abuse; and other criminal activity. The following are also serious and material violations under a Section 8 Housing Choice Voucher lease: drug-related activity engaged-in either on or off the premises by a resident, member of the resident's household, or other person under the resident's control; resident's or a member of resident's household's illegal use of a drug or a pattern of illegal drug use that interferes with the health, safety, or right to peaceful enjoyment of the premises by other residents; alcohol abuse or a pattern of alcohol abuse that threatens the health, safety, or right to peaceful enjoyment of the premises by other residents; furnishing false or misleading information concerning illegal drug use, alcohol abuse or rehabilitation of illegal drug or alcohol abusers; unlawful flight to avoid prosecution, custody, or confinement after conviction for a felony (or where applicable a high misdemeanor) or violation of a condition of probation or parole imposed under federal or state law; or engagement in criminal activity regardless of whether the resident or household member was arrested or convicted for such activity and without having to satisfy the standard of proof for a criminal conviction.

11. **COOPERATION WITH MANAGEMENT TO TAKE CORRECTIVE ACTION.** You agree to cooperate with owner in taking any corrective action that management or the owner deems necessary or desirable with respect to any mistake or act that may result in loss of tax credits or other violations of applicable federal or state law or applicable rules, regulations, interpretive guidance, or compliance directives from any state



mistakes or signing any requested documentation that management deems reasonable or necessary for continued compliance with the laws and regulations applicable to the particular affordable housing program. Resident acknowledges and agrees that the rental application and any information supplied to the owner or any representations made to induce owner to lease a dwelling for occupancy under an LIHTC or affordable housing program are incorporated herein as a substantial and material part of this addendum and the Lease Contract.

5. **FUTURE REQUEST FOR INFORMATION.** By signing this addendum, you agree the annual income and other eligibility requirements for participation in this government regulated affordable housing program are substantial and material obligations under the Lease Contract. Within seven (7) days after our request for information regarding annual income and eligibility you shall comply with the request even if you have previously supplied such information recently or within the previous twelve months. Such requests for information or additional verification, reverification, and/or compliance information may be made by owner or owner's management representatives at any time during the Lease Contract term or renewal period.

6. **INACCURATE INFORMATION AS GROUNDS FOR EVICTION.** If you refuse to answer or if you do not provide accurate information in response to requests for additional information, it will be considered a substantial and material violation of the Lease Contract. Such a violation may result in termination of the lease, the right of occupancy, or your eligibility to participate in the affordable housing program.

7. **NO LIEN FOR UNPAID SUMS UNLESS AUTHORIZED BY LAW.** Unless otherwise expressly provided by law, we will not have a lien on your property. To the extent that applicable state law authorizes a lien, such lien will be allowed.

8. **STUDENT STATUS.** By signing this addendum, you agree that you have fully, truthfully and accurately disclosed whether you or any occupant of the household is a student. You understand that your eligibility for occupancy of the dwelling is dependent on your representation that not all occupants of the household are students during all or part of the year. You agree to notify the owner, in writing, if there are any changes in the occupants residing in the household or if there are any changes in the student status of any resident or occupant of the household occupying the dwelling, including, but not limited to, starting or stopping school or college; increase to full-time status; or reduction to part-time status. This provision is applicable to any household occupant's educational level in either high school, college, or other post-secondary school educational training. The failure to disclose a change of educational status is a substantial and material violation of this addendum and the lease, and you may be evicted or relocated for material breach of the Lease Contract or this

and pursuant to 24 CFR 966.4. A serious or material violation or breach of the Lease Contract and this addendum includes, but is not limited to, failure to make rent payments due under the lease; failure to fulfil household obligations as described in 24 CFR 966.4(f); conviction of drug related activity for manufacture or production of illegal drugs; violation of the applicable standard of alcohol abuse; and other criminal activity. The following are also serious and material violations under a Section 8 Housing Choice Voucher lease: drug-related activity engaged-in either on or off the premises by a resident, member of the resident's household or other person under the resident's control; resident's or a member of resident's household's illegal use of a drug or a pattern of illegal drug use that interferes with the health, safety, or right to peaceful enjoyment of the premises by other residents; alcohol abuse or a pattern of alcohol abuse that threatens the health, safety, or right to peaceful enjoyment of the premises by other residents; furnishing false or misleading information concerning illegal drug use, alcohol abuse or rehabilitation of illegal drug or alcohol abusers; unlawful flight to avoid prosecution, custody or confinement after conviction for a felony (or where applicable a high misdemeanor) or violation of a condition of probation or parole imposed under federal or state law; or engagement in criminal activity regardless of whether the resident or household member was arrested or convicted for such activity and without having to satisfy the standard of proof for a criminal conviction.

11. **COOPERATION WITH MANAGEMENT TO TAKE CORRECTIVE ACTION.** You agree to cooperate with owner in taking any corrective action that management or the owner deems necessary or desirable with respect to any mistake or act that may result in loss of tax credits or other violations of applicable federal or state law or applicable rules regulations, interpretive guidance, or compliance directives from any state or federal housing agency with administrative or oversight or jurisdiction to administer affordable housing programs. Such required corrective action includes, but is not limited to, re-locating to another dwelling, loss of eligibility for LIHTC limited rent to a market rate rent, signing or re-signing documents, or producing documentation to establish or supplement household income, size, or student status. Upon discovering any overpayment of rent, utility allowance, or other charges, owner shall have the right to either rebate or apply a credit to future rent for such overpayments as an appropriate corrective action.

12. **RECERTIFICATION.** The LIHTC Program and other affordable housing programs require an annual recertification of eligibility. You must cooperate with owner in completing the recertification process. When requested, you shall attend an interview with management to determine continued Program eligibility, provide sources and documentation to verify all income, assets, and other eligibility information, and sign a new Tenant Income Certification form. It is your responsibility to provide all necessary information so that management may perform this task

09262017071920FL11120851

Tiesha Davis
© 2012, National Apartment Association, Inc. - 9/2012, Florida

Continued occupancy is conditioned upon continued eligibility under the federal LIHTC Program and other affordable housing requirements. Your annual recertification must be completed by the date specified in owner's notice. Management will contact you prior to the recertification date in order to begin processing the necessary paperwork. You must fully cooperate and provide all necessary information to expedite this process, including but not limited to meeting with management as requested and submitting information as requested. Failure to comply with recertification requirements is a substantial and material violation of the terms of this Lease. Such a violation may result in termination of the lease, the right of occupancy, and/or your eligibility to participate in the affordable housing program.

13. **CHANGES IN RESIDENT'S RENT BASED ON UTILITY ALLOWANCE.** The rent is based on the maximum gross rent calculated in accordance with IRS regulations, less the applicable utility allowance. The utility allowance for the unit may change during the lease term. If the utility allowance decreases during the lease term, Owner may, at its sole discretion, increase the rent by the amount of the utility allowance decrease. Any such rent increase will be made in accordance with all applicable state and local laws. Owner will notify resident in writing at least 30 days in advance of the effective date of any such increase.

14. **INCREASE IN HOUSEHOLD INCOME.** A household will be considered "over income" for rent determination purposes if the combined household income exceeds one hundred forty percent (140%) of the applicable income limit as governed by the LIHTC Program. If the household's income increases above one hundred forty percent (140%) of the applicable income limit, owner, upon 30 days notice, may increase household's rent to the applicable market rate. This provision shall apply only if the building contains mixed LIHTC and non-LIHTC units. If applicable, owner shall also have the right to relocate the LIHTC resident to a non-LIHTC dwelling or otherwise designate the current dwelling a market rate unit.

15. **CHANGES IN RESIDENT'S RENT BASED ON HUD AREA MEDIAN GROSS INCOME.** Rent is based on the area median gross income (AMGI) published by the federal Department of Housing and Urban Development for this geographic area. If the AMGI increases during the lease term, owner may, at its sole discretion, increase the rent to the maximum allowable amount based on the new AMGI. Any such rent increase will be made in accordance with all applicable state and local laws. Owner will notify resident in writing at least 30 days in advance of the effective date of any such increase.

16. **NO SUBLEASING.** You shall not sublet or assign the unit or any part of the dwelling. Failure to comply with this provision is a substantial violation of this lease. Such a violation may result in termination of the lease, the right of occupancy, and/or your eligibility to participate in the affordable housing program.

17. **NO UNAUTHORIZED OCCUPANTS.** You shall not permit individuals other than those listed on the Tenant Income Certification (TIC) form to occupy or reside in the dwelling without first obtaining owner's prior written approval. No person may occupy or live in an LIHTC dwelling or affordable housing who is not expressly authorized by owner. Corporate rentals of LIHTC dwellings is not permitted, and the dwelling may not be used for transient purposes of any kind. Only the individuals or persons who are eligible and approved for occupancy may occupy the dwelling and, if they are over the age of majority, must sign the Lease.

Because your eligibility to occupy an LIHTC or affordable housing dwelling is dependent on combined household composition and income, you must disclose and report accurately and truthfully all members of the household, including, but not limited to, all children temporarily absent or in a foster home; children away at school but who live in the household during school recess; temporarily absent members of the family; household or family members confined to hospitals, nursing care facilities, and other medical treatment centers; all live-in attendants; visitors; guests; foster children; and foster adults.

Failure to comply with this provision is a substantial and material violation of this addendum and the Lease. Such a violation may result in termination of the lease, the right of occupancy, and/or your eligibility to participate in the affordable housing program.

18. **LIVE-IN AIDE APPROVAL.** You shall not permit any live-in aide to reside in the unit without the prior written approval of the owner. A live-in aide for your household will not be approved unless: you verify to the owner that a member of your household requires the services of a live-in aide; you properly verify to the owner that the person providing live-in aide services is essential to the care and well-being of the household member and would not be living in the unit except to provide the support services; and you and live-in aide have signed an agreement with owner approving the proposed live-in aide.

19. **REQUESTS FOR UNIT TRANSFERS.**

   a. **Approval at Management's Discretion.** Owner has sole discretion in approving or denying any requests for unit transfers. The owner will deny any request for a unit transfer that owner believes may lead to noncompliance with the LIHTC Program.

   b. **Cooperation with Management.** If owner elects to transfer you to another unit, you agree to cooperate with owner by providing information, completing documentation, and/or participating in interviews.

   c. **Transfer Contingent on Resident's Cooperation.** If you fail to cooperate with owner after owner grants your transfer request, owner may rescind its approval and deny the request.

20. **SAVINGS PROVISION.** Compliance with the LIHTC and other affordable housing programs is complex and can result in conflicts between the contractual provisions of this addendum, the federal and state laws and regulations governing those programs, and many other aspects of compliance. To the extent any provision in this addendum conflicts with the requirements of the LIHTC or other affordable housing program, this addendum shall be interpreted and construed in harmony with the provisions of Internal Revenue Code and regulations and other provisions of any applicable affordable housing program so as to carry out the effect and intent of such laws and regulations and to prevent a forfeiture or loss of tax credit status. In the event any court determines that any provisions of this addendum are found to be unenforceable, the undersigned parties agree that the court shall interpret the parties' rights and obligations in a manner such as to uphold the validity and preservation of the owner's tax credit status or participation in such affordable housing program, even if it requires termination of the resident's lease or occupancy in order to insure continued compliance with such programs. If required by a state housing agency under a land use restriction agreement or as a condition for participation in any affordable housing program or if otherwise required by any other state or federal law applicable to such affordable housing programs, owner agrees that non-renewal of leases shall be for good cause.

21. **SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form

    Paragraph to be add it to Special Provisions Affordable Housing Addendum. The following also apply and need to be added to the programs listed in #2 above: State Apartment Incentive Loan Program (SAIL), RTC/FDIC, or any other Local, State or Federal affordable housing program. No one else may occupy the apartment. Persons not listed above must not stay in the apartment for more than 7 days. YOU ARE IN VIOLATION OF THE AFFORDABLE HOUSING PROGRAM. PLEASE KEEP IN MIND THAT YOU HAVE 7 DAYS TO CURE THIS PROBLEM OTHERWISE WE WILL HAVE NO OTHER CHOICE BUT TO TERMINATE THE LEASE AGREEMENT! PLEASE GOVERN YOUR SELF ACCORDINGLY. DO NOT IGNORE THIS NOTICE!

Resident(s) _____

Date of Signing Addendum  9/26/17

affordable housing who is not expressly authorized by owner. Corporate rentals of LIHTC dwellings is not permitted, and the dwelling may not be used for transient purposes of any kind. Only the individuals or persons who are eligible and approved for occupancy may occupy the dwelling and, if they are over the age of majority, must sign the Lease.

Because your eligibility to occupy an LIHTC or affordable housing dwelling is dependent on combined household composition and income, you must disclose and report accurately and truthfully all members of the household, including, but not limited to, all children temporarily absent or in a foster home; children away at school but who live in the household during school recess; temporarily absent members of the family; household or family members confined to hospitals, nursing care facilities, and other medical treatment centers; all live-in attendants; visitors; guests; foster children; and foster adults.

Failure to comply with this provision is a substantial and material violation of this addendum and the Lease. Such a violation may result in termination of the lease, the right of occupancy, and/or your eligibility to participate

The following are added to the programs listed in #2 above: State Apartment Incentive Loan Program (SAIL), RTC/FDIC, or any other Local, State or Federal affordable housing program. No one else may occupy the apartment. Persons not listed above must not stay in the apartment for more than 7 days. YOU ARE IN VIOLATION OF THE AFFORDABLE HOUSING PROGRAM. PLEASE KEEP IN MIND THAT YOU HAVE 7 DAYS TO CURE THIS PROBLEM OTHERWISE WE WILL HAVE NO OTHER CHOICE BUT TO TERMINATE THE LEASE AGREEMENT! PLEASE GOVERN YOUR SELF ACCORDINGLY. DO NOT IGNORE THIS NOTICE!

Resident(s)
[signature]

Date of Signing Addendum
9/26/17

Owner's Representative
[signature] Warren McAde

Date of Signing Addendum
9/26/17

09262017071921FL1112085

Florida/National Apartment Association Official Form 12-V, September 2012
© 2012, National Apartment Association, Inc.

Tiesha Davis

Page 2 of 2