# Exhibit B

# NOTICE OF NON-RENEWAL OF LEASE AGREEMENT (Tax Credit)

Date: 01/11/2018
Tiesha Davis (All persons who signed the lease)
9227 SW 41st Street Apt# 103
Miramar, FL 33025

Dear Resident(s): Tiesha Davis

Please accept this as written notification that your landlord has elected not to renew your Lease which expires on **8/31/2018**. You are hereby notified that you must vacate your dwelling unit at the expiration of your Lease Agreement on **8/31/2018**. This notice is given to you in accordance with paragraph 3 of your Lease Agreement, which states in relevant part:

"This lease contract will not renew month to month either party needs to give a written notice of termination or intent to move out as required by paragraph 37."

Please make arrangements to turn in your keys, on or before the date specified above and vacate your apartment accordingly. Failure to do so will result in your being a holdover tenant and subject to double the monthly rent pursuant to Florida Statute Section 83.58. Should you become a hold-over tenant, we will file a judicial action seeking to recover possession of the rental unit, double the rent during the hold-over period, court costs and attorney fees. If you vacate as requested herein and pay rent pursuant to the Lease Agreement through your lease expiration date, this matter will be resolved.

Please note that there is good cause for this non-renewal of your lease agreement.

**Specifically,**
**YOU ARE IN VIOLATION OF THE LEASE AGREEMENT AND RULES AND REGULATIONS**
Under the Apartment Lease Contract; (Affordable Housing Programs)
#5 Future Requests for Information #4 Accuracy of Information on Application and Questionnaire.

**PLEASE GOVERN YOURSELF ACCORDINGLY**

Sincerely,

*Carmen J. Mateo*

_____
(Authorized Agent for Landlord)

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY that a true and correct copy of:

( ) This notice was served personally
(X) The person(s) were absent from his/her last usual place of residence, and this notice was delivered and posted at the residence/address referenced above.

BY:
*Carmen J. Mateo*
_____
Authorized Agent for Landlord

Date of Service: 1/11/2018
Landlord: Sorrento at Miramar
8991 SW 41st Street
Miramar, FL 33025
Telephone: (954) - 404-8791