# Exhibit C



# SORRENTO
### RENTAL COMMUNITY

*August.*
*M-F*
*11-5pm*

## COMMUNITY INFORMATION

### Apartment Rental Rates: As of 01/02/2018

| | | | |
|---|---|---|---|
| One Bedroom/One Bath | 651 Sq. Ft | $890* | (Wait List Available) |
| Two Bedroom/Two Bath | 898 Sq. Ft | $1,058* | (Wait List Available) |
| Three Bedrooms/Two Baths | 1,187 Sq. Ft | $1,218* | (Wait List Available) |

**Washer & Dryer included in all units ***

### Security Deposits and Fees

| | | |
|---|---|---|
| **One Bedroom/One Bath:** | $700 | Security Deposit** |
| **Two Bedroom/Two Bath:** | $800 | Security Deposit** |
| **Three Bedroom/Two Bath:** | $900 | Security Deposit** |

$500 Additional Deposit is required if credit is approved with conditions**
Application Fee: $85.00 per Applicant over the age of 18 years* (Non-Refundable)
Pet Fee: $400 for one pet, $700 for 2 pets (Non-Refundable) Pet Rent: $20 a month
**Full Security Deposit Due within 24 hours of unit assignment (money orders only), No Exceptions!**

**Pet Policy:** Pets Welcome! Two Pet Maximum (Up to 35 lbs., each pet) - No aggressive breeds permitted. Akita, Alaskan Malamute, American Bulldog, Pit-Bull, American or Bull Staffordshire Terriers, Bull Terriers, Chinese Shar Pei, Dalmatians, , Doberman Pinchers, Presa Canario, Rottweiler, Siberian Husky, Stafford Terrier, Chow, German Shepherd and or any mixture of the above listed. Letter required by certified Veterinarian for proof of breed, weight and required vaccinations.

*Commercial vehicles, boats, trailers, jet skis and similar vehicles are prohibited.*
*\*Application Fees, Deposits and first month's rent must be in certified funds only.*

www.sorrentoapts.com

### Occupancy Guidelines

One Bedroom: A maximum of 2 occupants
Two Bedrooms: A maximum of 4 occupants
Three Bedrooms: A maximum of 6 occupants

Applications are approved upon favorable credit, rental history and employment history, for a period of two years.
Written Employment Verification is required.

**Renter's Insurance is Preferred and Recommended.**

**Utilities:** Residents are responsible for monthly cable, electric and telephone.

*Income Restrictions Apply (maximum combined annual gross income for all occupants over the age of 18)
1 Person $26,700 - $32,040  2 People $30,500 - $36,600  3 People $34,300 - $41,160
4 People $38,100 - $45,720  5 People $41,150 - $49,380  6 People $44,200 - $53,040

**Sorrento Apartments**    **8991 SW 41st Street Miramar, FL**    **Telephone: 954.404-8791**

Copyright © 2014




**FOR TTY DIAL: 711**



# SORRENTO
## RENTAL COMMUNITY

Your application will not be considered unless all items (that apply) are submitted with the application:

- $85.00 Money Order or Cashier's check per adult over 18 (Non-Refundable)
- ID (Valid Driver's License)
- Original Social Security Card (all adults and children)
- Last 4 (bi-weekly) or 8 (weekly) paystubs in consecutive order of date
- Must be at least 6 (six) months in your current job
- Last 3 years taxes: 2015, 2016, and 2017 (No Self Prepared: Must be CPA Certified)
- Original birth certificates card for all children under 18

*Non child support Recover from child support office, Doctors letter and Ultrasound pic.*

**Self-Employment:**
- Accountant or bookkeepers statement of income, IRS Form 1040 with schedule C, E or F
- Declaration of TIP income for those that work in the service industry (servers, bartenders, massage therapists, hair stylist, etc.)

**Social Security Recipients/Retirees:**
- Need Current Award or benefit letter from Social Security Office **(Letter date MUST BE within 60 days of application date)**

**Alimony/Child Support:**
- Copy of separation or divorce agreement, indicating the type of support, amount and payment schedule.

**If monthly family contribution is received:**
- Notarized affidavit signed by person providing the assistance giving the purpose dates and value of gifts, and an attached copy of their valid photo id.

**No Head of Household Full Time College Students accepted – No Exceptions**

IF you or anyone in your family applying has or had any of the following, your application will be denied: **NO EXCEPTIONS**

- Current homeowner(s)
- Foreclosures, Short Sales, Evictions
- Bankruptcies, Any Arrests
- Too many negative collections in your credit

Copyright © 2014



**FOR TTY DAIL: 711**



### **651 sq. ft.**

Bedrooms: 1
Bathrooms: 1

Apartment Amenities Contact Information
Spacious Kitchens with Pantry
Energy Efficient Appliances and lighting Package
Granite Countertops
Tiled Kitchen and Baths
Private Balcony Patios
Upgraded Carpet
Walk in Closet in the Master Bedroom
Garden Style Tubs in the Master Bath
Washer/Dryer
Intrusion Alarms Available
Silver Finishes
Open Floorplans
Rich Wood Cabinets in Kitchen and Bathroom
Bright and Airy Apartments

Sorrento Rental Community
8991 SW 41st Street
Miramar, FL 33025
Phone: (954)404-8791
Fax: (954)674-2079
Office Hours:
M-F: 11:00am to 5:00pm
Sat: Closed Sun: Closed

Disclaimer: Square footage and dimensions are approximate and may vary slightly. Rental rates, availability, deposits and specials are subject to change without notice. Minimum lease terms and occupancy guidelines apply. Deposits may fluctuate based on credit, rental history, income, and/or other qualifying standards. Additional taxes and fees may apply and will be disclosed prior to lease signing.



Copyright © 2014

**FOR TTY DAIL: 711**



### **898 sq. ft.**

Bedrooms: 2
Bathrooms: 2

Apartment Amenities Contact Information
Spacious Kitchens with Pantry
Energy Efficient Appliances and lighting Package
Granite Countertops
Tiled Kitchen and Baths
Private Balcony Patios
Upgraded Carpet
Walk in Closet in the Master Bedroom
Garden Style Tubs in the Master Bath
Washer/Dryer
Intrusion Alarms Available
Silver Finishes
Open Floorplans
Rich Wood Cabinets in Kitchen and Bathroom
Bright and Airy Apartments
Coat Closet

Sorrento Rental Community
8991 SW 41st Street
Miramar, FL 33025
Phone: (954)404-8791
Fax: (954) 674-2079
Office Hours:
M-F: 11:00am to 5:00pm
Sat: Closed Sun: Closed

Disclaimer: Square footage and dimensions are approximate and may vary slightly. Rental rates, availability, deposits and specials are subject to change without notice. Minimum lease terms and occupancy guidelines apply. Deposits may fluctuate based on credit, rental history, income, and/or other qualifying standards. Additional taxes and fees may apply and will be disclosed prior to lease signing.



Copyright © 2014

**FOR TTY DAIL: 711**



### 1,187 sq ft

Bedrooms: 3
Bathrooms: 2

Apartment Amenities Contact Information
Spacious Kitchens with Pantry
Energy Efficient Appliances and lighting Package
Granite Countertops
Tiled Kitchen and Baths
Private Balcony Patios
Upgraded Carpet
Walk in Closet in the Master Bedroom
Garden Style Tubs in the Master Bath
Washer/Dryer
Intrusion Alarms Available
Silver Finishes
Open Floorplans
Rich Wood Cabinets in Kitchen and Bathroom
Bright and Airy Apartments
Coat Closet

Sorrento Rental Community
8991 SW 41st Street
Miramar, FL 33025
Phone: (954)404-8791
Fax: (954)674-2079
Office Hours:
M-F: 11:00am to 5:00pm
Sat: Closed Sun: Closed

Disclaimer: Square footage and dimensions are approximate and may vary slightly. Rental rates, availability, deposits and specials are subject to change without notice. Minimum lease terms and occupancy guidelines apply. Deposits may fluctuate based on credit, rental history, income, and/or other qualifying standards. Additional taxes and fees may apply and will be disclosed prior to lease signing.



Copyright © 2014

**FOR TTY DIAL: 711**



ROSA DIAZ
LEASING CONSULTANT, SORRENTO

8991 SW 41st St., Miramar, FL 33025
954.404.8791 P | 954.679.2079 F
rdiaz@zrsmanagement.com
www.sorrentoaptsmiramarfl.com



# MONTERRA
## RENTAL COMMUNITY

### COMMUNITY INFORMATION
### Apartment Rental Rates: As of 06/23/2017

| | | |
|---|---|---|
| One Bedroom/One Bath | 651 Sq. Ft | $890 |
| Two Bedroom/Two Bath | 898 Sq. Ft | $1,058 |
| Three Bedrooms/Two Baths | 1,187 Sq. Ft | $1,218 |

**Washer & Dryer included ***

### Security Deposits and Fees

| | | |
|---|---|---|
| **One Bedroom/One Bath:** | $700 | Security Deposit** |
| **Two Bedroom/Two Bath:** | $800 | Security Deposit** |
| **Three Bedroom/Two Bath:** | $900 | Security Deposit** |

**If credit is approved with conditions, $500 to double Additional Deposit is required. **
**Application Fee (Non-Refundable):** $85.00 per Applicant, 18 years old and over
**Non-Refundable Pet Fee:** $400 for one pet, $700 for two pets   **Pet Rent:** $20 a month
**Full Security Deposit Due within 24 hours of unit assignment (money orders only), No Exceptions!**
Apartment to be occupied within 5 business days of accepting the unit and all required documents need to be turned in immediately.

**Pet Policy:** Pets Welcome! Two Pet Maximum (Up to 35 lbs. each pet) - No aggressive breeds permitted. Akita, Alaskan Malamute, American Bulldog, Pit-bull, American or Bull Staffordshire Terrier, Bull Terrier, Chinese Shar-Pei, Dalmatian, Doberman Pinscher, Presa Canario, Rottweiler, Siberian Husky, Stafford Terrier, Chow, German Shepherd, and any mix thereof. Letter required by certified Veterinarian for proof of breed, weight, and required vaccinations.
*Commercial vehicles, boats, trailers, jet skis and similar vehicles are prohibited.*
*\*Application Fees, Deposits and first month's rent must be in certified funds only.*

### WWW.MONTERRARENTALS.COM

### Occupancy Guidelines
**One Bedroom:** A maximum of 2 occupants.
**Two Bedrooms:** A maximum of 4 occupants.
**Three Bedrooms:** A maximum of 6 occupants.

Applications are approved upon favorable credit, rental history and employment history, for a period of two years.
Written Employment Verification is required.

**Renter's Insurance is Preferred and Recommended.**



**Utilities: Residents are responsible for monthly cable, electric and telephone.**
*Income Restrictions Apply (maximum combined annual gross income for all occupants)
1 Person $26,700 - $32,040    2 People $30,500- $36,600    3 People $34,300 - $41,160
4 People $38,100 - $45,720    5 People $41,150 - $49,380    6 People $44,200 - $53,040.

Monterra Apartments        2601 Solano Avenue, Cooper City, Florida 33024      **Telephone: 754-200-8507 Dial TTY 711**





# MONTERRA
## RENTAL COMMUNITY

**Your application will not be considered unless all items (that apply) are submitted with the application:**

- $85.00 Money Order/Cashier's check per person 18 and over.
- ID (Valid Driver's License).
- Social Security Card (adults and children).
- Last 8 pay stubs in consecutive order of date.
- Last 2 years taxes: 2016 and 2017 (**CANNOT** be Self Prepared and signed by accountant) or tax transcripts from IRS.
- Original birth certificates for all children under 18.
- Divorce documents; marriage certificate.

Self-Employment:
- Accountant or bookkeepers statement of income, IRS Form 1040 with schedule C, E or F
- Declaration of TIP income for those that work in the service industry (servers, bartenders, massage therapists, hair stylist, etc.)

Social Security Recipients/Retirees:
- Need Current Award or benefit letter from Social Security Office **_(Letter date MUST BE within 60 days of application date)_**

Alimony/Child Support:
- Copy of separation or divorce agreement, indicating the type of support, amount and payment schedule.
- Payment statement from Child Support Office.

If monthly family contribution is received:
- Notarized affidavit signed by person providing the assistance giving the purpose dates and value of gifts

No Head of Household Full Time College Students accepted – **No Exceptions**.
IF you or anyone in your family applying has or had any of the following, your application will be denied, **NO EXCEPTIONS**

- Current homeowner(s)
- Foreclosures, Short Sales, Evictions.
- Bankruptcies, Arrests of any kind.
- Too many negative collections in your credit

**Telephone: 754-200-8507 Dial TTY 711**





## 651 sq. ft.

Bedrooms: 1
Bathrooms: 1

Apartment Amenities Contact Information
Spacious Kitchens with Pantry
Energy Efficient Appliances and lighting Package
Granite Countertops
Tiled Kitchen and Baths
Private Balcony Patios
Upgraded Carpet
Walk in Closet in the Master Bedroom
Garden Style Tubs in the Master Bath
Washer/Dryer
Intrusion Alarms Available
Silver Finishes
Open Floor plans
Rich Wood Cabinets in Kitchen and Bathroom
Bright and Airy Apartments

Monterra Rental Community
2601 Solano Avenue
Cooper City, FL 33024
Phone: (754)200-8507
Fax: (754)200-8511
Office Hours:
M-F: 9:00am to 6:00pm
Sat: Closed Sun: Closed

Disclaimer: Square footage and dimensions are approximate and may vary slightly. Rental rates, availability, deposits and specials are subject to change without notice. Minimum lease terms and occupancy guidelines apply. Deposits may fluctuate based on credit, rental history, income, and/or other qualifying standards. Additional taxes and fees may apply and will be disclosed prior to lease signing.



Copyright © 2014



### 898 sq. ft.

Bedrooms: 2
Bathrooms: 2

Apartment Amenities Contact Information
Spacious Kitchens with Pantry
Energy Efficient Appliances and lighting Package
Granite Countertops
Tiled Kitchen and Baths
Private Balcony Patios
Upgraded Carpet
Walk in Closet in the Master Bedroom
Garden Style Tubs in the Master Bath
Washer/Dryer
Intrusion Alarms Available
Silver Finishes
Open Floor plans
Rich Wood Cabinets in Kitchen and Bathroom
Bright and Airy Apartments
Coat Closet

Monterra Rental Community
2601 Solano Avenue
Cooper City, FL 33024
Phone: (754)200-8507
Fax: (754)200-8511
Office Hours:
M-F: 9:00am to 6:00pm
Sat: Closed Sun: Closed

Disclaimer: Square footage and dimensions are approximate and may vary slightly. Rental rates, availability, deposits and specials are subject to change without notice. Minimum lease terms and occupancy guidelines apply. Deposits may fluctuate based on credit, rental history, income, and/or other qualifying standards. Additional taxes and fees may apply and will be disclosed prior to lease signing.



Copyright © 2014



### **1,187 sq. ft.**

Bedrooms: 3
Bathrooms: 2

Apartment Amenities Contact Information
Spacious Kitchens with Pantry
Energy Efficient Appliances and lighting Package
Granite Countertops
Tiled Kitchen and Baths
Private Balcony Patios
Upgraded Carpet
Walk in Closet in the Master Bedroom
Garden Style Tubs in the Master Bath
Washer/Dryer
Intrusion Alarms Available
Silver Finishes
Open Floor plans
Rich Wood Cabinets in Kitchen and Bathroom
Bright and Airy Apartments
Coat Closet

Monterra Rental Community
2601 Solano Avenue
Cooper City, FL 33024
Phone: (754)200-8507
Fax: (754)200-8511
Office Hours:
M-F: 9:00am to 6:00pm
Sat: Closed Sun: Closed

Disclaimer: Square footage and dimensions are approximate and may vary slightly. Rental rates, availability, deposits and specials are subject to change without notice. Minimum lease terms and occupancy guidelines apply. Deposits may fluctuate based on credit, rental history, income, and/or other qualifying standards. Additional taxes and fees may apply and will be disclosed prior to lease signing.



Copyright © 2014